1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, | No. 2:08-CV-03035-GEB-GGH |
| Plaintiff, | ORDER RE DATE FOR NATIONAL FIRE & MARINE INSURANCE COMPANY'S DESIGNATION OF REBUTTAL EXPERT |
| vs. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, and DOES 1 - 20, | |
| Defendants. | |

1        The Court having considered the parties' Stipulation Re Date For National

2  Fire & Liability Insurance Company To Designate Rebuttals, and good cause

3  appearing therefor, it is hereby ORDERED that the date for National Fire &

4  Liability Insurance Company to designate its rebuttal experts defined in the rule is

5  continued from July 25, 2009 to August 28, 2009.

6

7

8  Dated:  7/7/09

9

10

11                    GARLAND E. BURRELL, JR.

12                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED] ORDER RE DATE FOR NATIONAL FIRE & MARINE INSURANCE COMPANY'S
DESIGNATION OF REBUTTAL EXPERT
30338106\V-1